# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Marquise DeAngelo Loftis

              Plaintiff,

v.

Abdul-Wahab Omeira, et al.

              Defendant(s).

CASE NUMBER:

2:18-cv-03264-JFW-GJS

**ORDER DENYING REQUEST TO PROCEED
WITHOUT PREPAYMENT
OF FILING FEES
AND CLOSING CASE**

On _____July 9, 2018_____, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED: __August 31, 2018__

_____
United States District Judge

Presented by:

_____
United States Magistrate Judge